IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALBERT J. DAVIS, #15022999 | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civ. No . 3:15-CV-3957-K |
| | § | |
| CRIMINAL JUDICIAL DISTRICT COURT NO. 1, | § § | |
| Respondents. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the petition for writ of mandamus is summarily **DISMISSED** with prejudice as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B); 28 U.S.C. § 1915A(b).

SO ORDERED.

Signed February 3rd, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE